**Ronca, Hanley, Nolan & Zaremba, LLP**
Attorneys at Law
Five Regent Street, Suite 517
Livingston, New Jersey 07039
973-994-2030
Attorneys for Defendants, Laura Badillo and Mayra Badillo

RECEIVED CLERK
U.S. DISTRICT COURT

2009 JUL 10  P 1: 44

---

| | |
|---|---|
| CARLOS PEREZ,<br><br>　　　　Plaintiff,<br>vs.<br><br>TOWNSHIP OF BELLEVILLE, BELLEVILLE POLICE DEPARTMENT, LAURA AND MAYRA BADILLO, JOHN AND JANE DOES 1 THROUGH 10, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, (THE NAMES JOHN AND JANE DOE BEING FICTITIOUS, AS THE TRUE NAMES OF THE INDIVIDUALS AND GOVERNMENT AGENCIES ARE PRESENTLY UNKNOWN),<br>　　　　Defendants. | UNITED STATES DISTRICT COURT OF THE STATE OF NEW JERSEY<br><br>CIVIL ACTION: 08-3813 (WJM)<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

---

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby STIPULATED and AGREED, pursuant to FRCP 41(a)(1)(ii) that the Complaint and any and all crossclaims be and are hereby dismissed with prejudice as to ALL PARTIES, without costs against any party.

CARLOS PEREZ, PRO SE

By: _[signature]_
CARLOS PEREZ, PRO SE.
688 North 8th Street
Newark, New Jersey 07102
New York, New York 10007

RONCA HANLEY, NOLAN & ZAREMBA, LLP
Attorneys for Defendants, Laura and Mayra Badillo

By: _[signature]_
KENNETH ZAREMBA, ESQ.
5 Regent Street, Suite 517
Livingston, New Jersey 07039
(973) 994-2030
kzaremba@roncalawfirm.com

EXHIBIT
NO. P-6
FOR IDENTIFICATION
DATE: 7-11-09   RPTR. rc

CHASAN LEYNER & LAMPARELLO, PC
Attorneys for Defendants Township of
Belleville and Belleville Police Department

By: _____
DAVID J. HEINTJES, ESQ.
300 Harmon Meadow Boulevard
Secaucus New Jersey 07094-3621
(201) 348-6000
dheintjes@chasanlaw.com

Dated : July 10, 2009

2